IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL DEWAYNE ROBERTSON
A.D.C. # 146428                                                                                    PLAINTIFF

v.                             Case No. 4:10-cv-191-DPM-JJV

BRUCE PENNINGTON, *ET AL.*                                                           DEFENDANTS

ORDER

The Court has carefully reviewed the proposed findings and recommendations from United States Magistrate Judge Joe J. Volpe. Judge Volpe recommends that the Court dismiss separate Defendant Saline County Detention Center because the Plaintiff has failed to state a claim upon which relief can be granted. In response to Judge Volpe's recommendation, the Plaintiff has moved to dismiss his claims against the Center. The Court adopts Judge Volpe's proposed findings and recommendations as its own. The Plaintiff's claims against the Saline County Detention Center are therefore dismissed. The Plaintiff's separate motion to dismiss the Center is denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 June 2010