IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL DEWAYNE ROBERTSON
ADC #146428                                                                          PLAINTIFF

v.                          Case No. 4:10-cv-191-DPM

BRUCE PENNINGTON, Sheriff,
Saline County; RAY PENNINGTON,
Lieutenant, Saline County Detention
Center; JIMMY LESTER, Sergeant,
Saline County Detention Center; and
PHILLIP SNODGRASS, Medical Examiner,
Saline County                                                                        DEFENDANTS

ORDER

The Court has carefully reviewed the Proposed Findings and Recommendations from Magistrate Judge Joe J. Volpe. None of the parties has filed any objections. The Court sees no legal error or clear error of fact on the face of this record as a whole. FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition). The Court therefore adopts Magistrate Judge Volpe's recommended disposition, *Document No. 56*, as its own. Defendants' motion for summary judgment, *Document No. 44*, is denied. Robertson's claims against all defendants are dismissed on the merits with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 Feb. 2011